October 29, 2009

Honorable Charles N. Clevert, Jr.
Federal Courthouse, Courtroom 222
517 East Wisconsin Avenue
Milwaukee, Wisconsin

       **Re:**    **Miller v. Milwaukee County, et al**
                  **Case No. 08C0377**

Dear Judge Clevert:

    This letter is to update the court regarding some of the matters that were discussed at the October 27, 2009 final pre-trial in the above action.

    First, the parties have not been able to arrive at a settlement and therefore we expect this case to proceed to trial on November 2, 2009.

    Second, I spoke with my client on October 28, 2009 and he informs me that he has no dietary restrictions.

    Third, because of my client's lack of mobility, he has agreed to waive his right to be present at sidebar conferences at trial.

    Finally, my office will redact the plaintiff's exhibits as directed by the Court to exclude any reference to social security numbers and dates of birth. At trial, I will have the redacted exhibits for filing with the court and the original, un-redacted exhibits available for inspection.

                                                 **s/Christopher Lowe**
                                                 Christopher Lowe, State Bar No. 01009790
                                                 Attorney for Plaintiff, Larry J. Miller
                                                 LOWE LAW OFFICES, S.C.
                                                 11616 W. North Ave., Suite A
                                                 Wauwatosa, WI 53226
                                                 Tel: (414) 476-1900
                                                 Fax: (414) 476-0335
                                                 Email: lowelaw@execpc.com

CL/kms

cc:    Douglas Knott, via ECF
        Monte E. Wiess, via ECF
        Larry J. Miller, via First Class Mail