UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

LARRY J. MILLER,

       Plaintiff,

AETNA HEALTH AND LIFE
INSURANCE CORPORATION,
d/b/a Aetna Healthcare,

       Involuntary Plaintiff,

    v.                                               Case No. 08-C-0377

MILWAUKEE COUNTY,
ALVIN MOE,

       Defendants.

---

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

---

| | |
|---|---|
| Date: | November 2, 2009 |
| Proceeding: | Jury Trial - Day 1 |
| Start Time: | 8:54 a.m.    End Time: 8:58 a.m. |
| | 9:22 a.m.                9:38 a.m. |
| | 10:13 a.m.            10:15 a.m. |
| Court Reporter: | John Schindhelm    Deputy Clerk: Kris Wilson |
| Appearances: | Plaintiff: Larry J. Miller with Attorney Christopher J. Lowe<br>Defendants: Attorney Douglas S. Knott |
| Disposition: | Based upon the representations of the parties that this case has settled, the court dismisses this case with prejudice and without costs and attorney fees. |
| Notes: | Discussion regarding stipulations reached as to plaintiff's criminal record (3 felony convictions) and as to medical costs. |

Jury of 13 will be selected but only 12 will deliberate. The court will voir dire the first 21 members of the jury panel. Parties will have a total of 8 strikes.

Plaintiff objects to the introduction of any testimony/reference to chronic cerebellar ataxia. Court overrules plaintiff's objection as the information is clearly relevant.

Court directs the parties into the jury room.

Parties report they have reached a settlement.